1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10
11   GUADALUPE TORRES RANGEL,        )        NO. CV 14-4327-DSF (AGR)
12              Petitioner,          )
13                  v.               )
14   DAVE DAVEY, Warden,             )        ORDER ACCEPTING FINDINGS
                                     )        AND RECOMMENDATION OF
15              Respondent.          )        UNITED STATES MAGISTRATE
                                     )        JUDGE
16                                   )
17   _____)

18
           Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other
19
     records on file herein, and the Report and Recommendation of the United States
20
     Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those
21
     portions of the Report and Recommendation to which objections have been
22
     made.  The Court accepts the findings and recommendation of the Magistrate
23
     Judge, except notes that the determinate portion of Petitioner's sentence was
24
     reduced, not the indeterminate portion.
25
           IT THEREFORE IS ORDERED that judgment be entered denying the
26
     Petition and dismissing this action with prejudice.
27
           8/8/14
28
     DATED: _____    _____
                                             DALE S. FISCHER
                                        United States District Judge