UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE TORRES RANGEL,<br><br>           Petitioner,<br><br>  v.<br><br>DAVE DAVEY, Warden,<br><br>           Respondent. | NO. CV 14-4327-DSF (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 8/8/14

_____
DALE S. FISCHER
United States District Judge